UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EQUANNA TASHONA DUNTON,   23-cv-8792 (JGK)

          Plaintiff,   ORDER

- against -

CHARITY HEIN, ET AL.,

          Defendants.

JOHN G. KOELTL, District Judge:

By **October 27, 2023**, the defendant Obsidian Lane Services, LLC, should indicate the citizenships of each member of the LLC. See Carter v. HealthPort Techs., LLC, 822 F.3d 47, 60 (2d Cir. 2016).

SO ORDERED.

Dated:    New York, New York
           October 20, 2023

                                            John G. Koeltl
                                    United States District Judge